Hal Taylor, Esq.
Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Email: haltaylorlawyer@gbis.com
Attorney for Plaintiff, Pauline Shiegel

Lindsay F. Osterhout, Esq
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Ph.: 412-794-8003
Fax: 412-794-8050
PA Bar ID: 202275
Lindsay@mydisabilityattorney.com
Pro Hac Vice Attorney for Plaintiff, Pauline Shiegel
Counsel had complied with LR IA 10-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| PAULINE SHIEGEL, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 2:21-cv-00556-NJK<br>) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) MOTION TO PERMIT WITHDRAWAL<br>) OF HANNALORE B. MERRITT<br>) |
| Defendant. | ) |

NOW COMES Plaintiff, Pauline Shiegel, and respectfully requests that the Court permit the withdrawal of Hannalore B. Merritt, Esq. from this action and the removal of Attorney Merritt from the docket information. The Court has approved the petition of Lindsay F. Osterhout, Esq. to appear *pro hac vice* in this matter; Attorney Osterhout will act as Plaintiff's primary representative with Hal Taylor, Esq. acting as designated local counsel. As such, Plaintiff respectfully requests that the Court permit the withdrawal of Attorney Merritt and her removal from the docket so that

only the approved attorneys be listed as Plaintiff's representatives.

BY: /s/ Hal Taylor
Hal Taylor, Esq.
Local Counsel
Date: May 12, 2021

BY: /s/ Lindsay F. Osterhout
Lindsay F. Osterhout, Esq.
Pro Hac Vice Attorney for Plaintiff
Date: May 12, 2021

IT IS SO ORDERED.
Dated: May 12, 2021

_____
Nancy J. Koppe
United States Magistrate Judge