# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAULINE SHIEGEL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00556-NJK<br><br>**ORDER** |

　　　　Kilolo Kijakazi is now Acting Commissioner of Social Security.  *See* Docket No. 21 at 1 n.1.  A "[public] officer's successor is automatically substituted as a party."  Fed. R. Civ. P. 25(d).  Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Kilolo Kijakazi in place of Andrew Saul.

　　　　IT IS SO ORDERED.

　　　　Dated: August 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1